THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Sylvester Wilder,       
Appellant.
 
 
 

Appeal From Richland County
Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2005-UP-235
Submitted April 1, 2005  Filed April 6, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia, and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: Sylvester Wilder appeals after being convicted of murder and lynching in the first degree.  The trial court sentenced Wilder to life imprisonment on each charge.  On appeal, Wilder asserts the trial court erred in allowing a witness to testify that on the night of the incident she thought Wilder was out to get the victim.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Wilders counsel attached a petition to be relieved stating that he has reviewed the record and found the appeal to be without merit.  Wilder also filed a separate pro se brief in which he asserts the trial court lacked jurisdiction due to flaws in the indictments.
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
HEARN, C.J., KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.